UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 5:18cr5 |
| | ) | |
| **JUDITH WRIGHT** | ) | Hon. Elizabeth K. Dillon |

**Motion to Seal Exhibit**

Comes now Judith Wright, by counsel, and moves to submit Exhibit A to her Motion for Compassionate Release under seal. This document contains confidential medical information which cannot be feasibly redacted, and thus no feasible alternative to sealing exists.

Respectfully submitted,

Judith Wright

By Counsel

s/ Erin Trodden
Erin Trodden
Asst. Federal Public Defender
VSB No. 71515
116 N. Main St., Room 305
Harrisonburg, VA 22802
Tel: (434) 220-3396
Erin_trodden@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                                           s/ Erin Trodden